UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                    Case No. 11-32066-DHW
                                         Chapter 13
CECIL R. THOMAS,

    Debtor.

## CONDITIONAL ORDER TERMINATING STAY

Wells Fargo Financial Alabama, Inc. filed a motion for relief from the automatic stay imposed by 11 U.S.C. § 362(a) to enforce a lien on the property described in the motion.

The motion came on for hearing on January 9, 2012.

The debtor is not current in postpetition payments to the creditor. Accordingly, it is hereby

ORDERED that the stay is TERMINATED effective 12:00 noon on **January 24, 2012** to allow Wells Fargo Financial Alabama, Inc. to enforce its lien on the property described in the motion unless the debtor cures the postpetition default in payments prior to that time. It is

FURTHER ORDERED that, if the stay terminates pursuant to this order, any allowed claim of this creditor secured by property referenced in the motion is REDUCED to the amount paid on the claim by the chapter 13 trustee without prejudice to the creditor to amend the claim to reflect the sales proceeds received on disposition of the collateral.

Done this 13 day of January, 2012.

                          /s/ Dwight H. Williams, Jr.
                          United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Paul R. Knighten, Attorney for Creditor
   Curtis C. Reding, Trustee